904

No. 381. GAULEY-EAGLE COAL & COKE CO. *v.* BLAIR ET AL. Supreme Court of Appeals of West Virginia. Certiorari denied. *Brooks B. Callaghan* for petitioner. *William L. Lee* and *Thomas B. Jackson* for respondents.

No. 429. TIMMONS *v.* FAGAN. Supreme Court of South Carolina. Certiorari denied.

No. 430. UNITED STATES EX REL. MOBLEY *v.* HANDY, COMMANDING OFFICER. C. A. 5th Cir. Certiorari denied. *Ben F. Foster* and *William C. Davis* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for respondent.

No. 436. MORANO *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Carl Abruzzese* and *Ralph G. Mesce* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Joseph W. Bishop, Jr.* and *Helen Goodner* for respondent.

No. 439. HEYMAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 440. HEYMAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Thomas F. Boyle* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *S. Dee Hanson* for respondent.

Nos. 441 and 442. ARROW STEVEDORING CO. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Lyman Henry* for petitioner. *Solicitor General Perlman, Assist-*